■ In the Matter of Shawn McDowell, Petitioner, v Glenn S. Goord, as Commissioner of New York State Department of Correctional Services, Respondent. [749 NYS2d 452] —CPLR article 78 proceeding transferred to this Court by an order of Supreme Court, Wyoming County (Dadd, J.) entered May 29, 2002, seeking review of a determination after a tier II hearing.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996). Present—Pine, J.P., Wisner, Hurlbutt, Kehoe and Burns, JJ.

■ The People of the State of New York, Respondent, v Lawrence Palo, Appellant. [749 NYS2d 452] —Appeal from a judgment of Supreme Court, Monroe County (Mark, J.), entered March 22, 2001, convicting defendant upon his plea of guilty of burglary in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: The contention of defendant that the prosecutor improperly instructed the grand jury does not survive his plea of guilty (*see People v Miles,* 237 AD2d 991, *lv denied* 90 NY2d 861; *People v Ivey* [appeal No. 2], 229 AD2d 1020, *lv denied* 89 NY2d 865; *People v Garcia,* 216 AD2d 36, 36-37). In any event, we conclude upon our review of the grand jury minutes that the prosecutor did not err in instructing the grand jury. Present—Pine, J.P., Wisner, Hurlbutt, Kehoe and Burns, JJ.